**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD L. WOHLGEMUTH, and GLORIA M. WOHLGEMUTH,<br><br>Plaintiffs,<br><br>v.<br><br>CATERPILLAR INC., a corporation and DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants | NO. 1:08-CV-01279-AWI-SMS<br><br>ORDER TO REMAND CASE TO STATE COURT |

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

1. That Plaintiffs' Motion to Remand, set to be heard on October 31, 2008, at 9:30 a.m. before Magistrate Sandra M. Snyder in Courtroom 7, be taken off calendar;

2. Plaintiffs' counsel is allowed to make their motion for attorneys fees and costs related to this removal and remand in this court or in the proper state court at a later time; and

3. This case be remanded to the California Superior Court, County of Fresno.

IT IS SO ORDERED.

Dated:   October 21, 2008               /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE